**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 8:25-cv-02366-PX |
| | * | |
| CYPRESS GUARANTOR LLC and SYDNE GARCHIK | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Wilmington Trust, National Association, as Trustee, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice. Defendants Cypress Guarantor LLC and Sydne Garchik have not served an answer or motion for summary judgment in this action. Defendants shall bear their own costs and fees.


Dated: December 4, 2025

/s/ Paul Sweeney
Paul Sweeney (07072)
Jonathan A. Grasso (19278)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Telephone: (443) 569-5972
Facsimile: (410) 571-2798
psweeney@yvslaw.com
jgrasso@yvslaw.com

*Local Counsel for Wilmington Trust,*
*National Association*

– and –

Lisa M. Peters, Esquire
*Admitted Pro Hac Vice 7/22/25*
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
Telephone:  (402) 661-8609
Facsimile:  (402) 346-1148
lisa.peters@kutakrock.com

*Counsel for Wilmington Trust, National Association*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of December, 2025 a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was served electronically through CM/ECF to those parties entitled to such electronic service.

*/s/ Paul Sweeney*
Paul Sweeney

4927-0065-5990, v. 1